UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANCISCO ALBERTO PENA,
a/k/a ZACARIAS GONZALEZ

                Defendant.

**ORDER**

00 Cr. 711 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Defendant's motion (Dkt. No. 16) by September 30, 2021.

Dated:  New York, New York
         September 16, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge