**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: _November 12, 2021_

**By ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Francisco Alberto Pena*, 00 Cr. 711 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter to request an extension of time to respond to Zacarias Gonzalez's (the "defendant") motion seeking a petition for a writ of *coram nobis*. On September 16, 2021, the Court ordered that the Government file any opposition to that motion by September 30, 2021. (Dkt. 19). The Assistant United States Attorney assigned to the matter has left the United States Attorney's Office, and as a result, at the time of the scheduling order, there was no AUSA assigned to the matter. Consequently, the Government missed the deadline to respond to the defendant's motion, for which the Government offers its sincere apologies. I was newly assigned to the matter today and will need time to prepare an opposition. Accordingly, the Government requests that it be permitted to file its opposition by December 1, 2021.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637-2273

Cc: all counsel (via ECF)